LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. Sunny Jeong, Esq.
Nevada Bar No. 12981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
sjeong@lipsonneilson.com

*Attorneys for Arlington West Twilight Homeowners Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION; THOMAS JESSUP, LLC; THOMAS JESSUP, LLC, Series IV; and ALESSI & KOENIG, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-00650-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO BANK OF AMERICA, N.A.'S COMPLAINT**<br><br>**(First Request)** |

Defendant ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION ("HOA") and Plaintiff BANK OF AMERICA, N.A., by and through their respective counsel hereby agree and stipulate as follows:

/ / /

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to Respond to Plaintiff BANK OF AMERICA, N.A.'s Complaint shall be extended to **May 13, 2016**. The HOA's Response was originally due on April 15, 2016. As counsel has just been retained in this matter, the parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating each other given the circumstances.

DATED this 15th day April, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ J. William Ebert
_____
Joseph P. Garin, Esq. (Bar No. 6653)
J. William Ebert, Esq. (Bar No. 2697)
H. Sunny Jeong, Esq. (Bar No. 12981)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
702-382-1500
*Attorneys for Defendant Arlington West Twilight Homeowners Association*

AKERMAN, LLP

By: /s/ Allison R. Schmidt
_____
Melanie D. Morgan, Esq. (Bar No. 8215)
Allison R. Schmidt, Esq. (Bar No. 10743)
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
702-634-5000
*Attorneys for Plaintiff Bank of America, N.A.*

**ORDER**

IT IS SO ORDERED.

DATED this 20th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE