LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. SUNNY JEONG, Esq.
Nevada Bar No. 12981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
sjeong@lipsonneilson.com

*Attorneys for Arlington West Twilight Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION; THOMAS JESSUP, LLC; THOMAS JESSUP, LLC, Series IV; and ALESSI & KOENIG, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-00650-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO THOMAS JESSUP LLC'S CROSS-CLAIM**<br><br>**(First Request)** |
| THOMAS JESSUP LLC, SERIES IV, a Nevada series limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, DOES 1 through 10, inclusive, ROE BUSINESS ENTITIES 11 through 20, inclusive,<br><br>Counter-Defendants. | |

|   |   |
|---|---|
| | THOMAS JESSUP LLC, SERIES IV, a Nevada series limited liability company, |
| | Cross-Claimant, |
| | vs. |
| | ARLINGTON WEST TWILIGHT HOMEOWNERS ASSOCIATION and ALESSI & KOENIG, LLC, DOES 21 through 30, inclusive, ROE BUSINESS ENTITIES 31 through 40, inclusive, |
| | Cross-Defendants. |

THE PARTIES HERETO, by and through their respective counsel hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Cross-Defendant Arlington West Twilight Homeowners Association ("HOA") to Respond to Cross-Claimant Thomas Jessup LLC's Cross-Claim be extended to June 6, 2016.

The HOA's Response was originally due on May 6, 2016. Pursuant to Local Rule 6-1(b), the parties state the reason for the continuance is that given the magnitude of litigation regarding foreclosures under Chapter 116 of the Nevada Revised Statutes, counsel for the HOA requires additional time to assess this litigation, the HOA's role herein, and to discuss settlement. Therefore, the Parties request an extension until June 6, 2016, for HOA to file a response to Thomas Jessup LLC's Cross-Claim.

The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating each other given the circumstances.

This is the first extension from the original due date of May 6, 2016, and the parties' first request for an extension.

\ \ \

\ \ \

\ \ \

Wherefore, the undersigned request this Court enter an Order granting the above stipulation.

DATED: May 6, 2016

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ H. Sunny Jeong*_____
   Joseph P. Garin, Esq. (Bar No. 6653)
   J. William Ebert, Esq. (Bar No. 2697)
   H. Sunny Jeong, Esq. (Bar No. 12981)
   9900 Covington Cross Dr., Suite 120
   Las Vegas, NV 89144
   702-382-1500
   *Attorneys for Defendant/Cross-Defendant Arlington West Twilight Homeowners Association*

DATED: May 6, 2016

RICHARD L. TOBLER, LTD.

By: */s/ Richard L. Tobler*_____
   Richard L. Tobler, Esq. (Bar No. 4070)
   3654 N. Rancho Drive, Suite 102
   Las Vegas, NV 89130
   702-256-6000
   *Attorneys for Defendant/Cross-Claimant Arlington West Twilight Homeowners Association*

AKERMAN, LLP

By: */s/ Allison R. Schmidt*_____
   Melanie D. Morgan, Esq. (Bar No. 8215)
   Allison R. Schmidt, Esq. (Bar No. 10743)
   1160 Town Center Drive, Suite 330
   Las Vegas, NV 89144
   702-634-5000
   *Attorneys for Plaintiff Bank of America, N.A.*

*Bank of America, N.A. vs. Arlington West, et al.*
Case No. 2:16-cv-00650
**Stipulation and Order to Extend Time to File Response to Thomas Jessup LLC's Cross-Claim (First Request)**

## ORDER

IT IS SO ORDERED.

DATED this  9th  day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

DATED: May 6, 2016

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ H. Sunny Jeong*_____
   Joseph P. Garin, Esq. (Bar No. 6653)
   J. William Ebert, Esq. (Bar No. 2697)
   H. Sunny Jeong, Esq. (Bar No. 12981)
   9900 Covington Cross Dr., Suite 120
   Las Vegas, NV 89144
   702-382-1500
   *Attorneys for Defendant/Cross-Defendant Arlington West Twilight Homeowners Association*